UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|     Letha Thorton | : |
|         Debtor | : |
| | : NO. 19-15417 AMC |
| Pennsylvania Housing Finance Agency | : |
| | : |
|         Movant | : |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Debtor's Answer to Pennsylvania Housing Finance Agency has been served upon the following parties by mailing such copies by first class, postage prepaid or by electronic means on April 12, 2023, to the following:

Frederic J. Baker, Asst. U.S. Trustee
Office of the United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market St., Suite 320
Philadelphia, PA 19107

Kenneth E. West, Trustee
P.O. BOX 40837
Philadelphia, PA 19107

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Letha Thorton
437 Ellis Ave.
Colwyn, PA 19023


 4-12-23
  Date

/s/ MICHAEL A. LATZES
Michael A. Latzes, Esquire
1528 Walnut St., Suite 710
Philadelphia, PA 19102
(215) 545-0200