IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
|    Letha Thornton | : |
| | : |
|    **Debtor(s)** | **: NO.  19-15417 AMC** |

CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Notice, Motion to Modify and Abate and Proposed Order were served either by first class mail, postage prepaid or electronically on June 16, 2023 to Scott Waterman, Trustee, United States Trustee, all attorneys of record, debtor, Letha Thornton and all creditors listed on the Claim's Register.

 6-16-23                                                 /s/ MICHAEL A. LATZES, ESQUIRE
DATE                                                  MICHAEL A. LATZES, ESQUIRE
                                                           Attorney for Debtor