# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Letha Thorton | : |
| Debtor(s) | : NO.  19-15417 AMC |

### CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that a true and correct copy of Debtor's Second Amended Chapter 13 Plan and Amended Schedule J were mailed either first class mail, postage prepaid or electronically on June 16, 2023, to the U.S. Trustee, Scott Waterman, trustee, Letha Thornton, Debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.

6-16-23                                                                                 /s/    MICHAEL A. LATZES  
DATE                                                                               MICHAEL A. LATZES, ESQUIRE  
                                                                               Attorney for Debtor