United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15417-amc |
| Letha Thornton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | +  Letha Thornton, 437 Ellis Avenue, Colwyn, PA 19023-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2023              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2023 at the address(es) listed below:**

**Name                       Email Address**

DENISE ELIZABETH CARLON
          on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
          on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@ecf.courtdrive.com, bankruptcy@friedmanvartolo.com

LEON P. HALLER
          on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL A. LATZES
          on behalf of Debtor Letha Thornton efiling@mlatzes-law.com

MICHAEL PATRICK FARRINGTON
          on behalf of Creditor Pennsylvania Housing Finance Agency mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]

District/off: 0313-2                                  User: admin                                        Page 2 of 2
Date Rcvd: Jun 14, 2023                              Form ID: pdf900                                   Total Noticed: 1

                    ECFMail@ReadingCh13.com

Scott F Waterman

                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee

                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Letha Thornton<br>**Debtor(s)** | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>**Movant**<br>vs. | NO. 19-15417 AMC |
| Letha Thornton<br>**Debtor(s)** | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>**Trustee** | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.  As of May 24, 2023, The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$12,291.02.** Post-petition funds received after May 24, 2023, will be applied per the terms of this stipulation as outlined here. The arrearage breaks down as follows:

Post-Petition Payments: April 2022 through November 2022 in the amount of 923.74/month;
December 2022 through May 2023 in the amount of $943.51/month
Suspense Balance:                    ($759.96)
**Total Post-Petition Arrears      $12,291.02**

2.  Debtor shall cure said arrearages in the following manner:

a). Within fourteen (14) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$12,291.02.**

b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$12,291.02** along with the pre-petition arrears;

c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3.    Beginning with the payment due June 2023 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $943.51 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4.    Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5.    In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice.  If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6.    If the case is converted to Chapter 7, Movant  shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.    The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.    The parties agree that a facsimile signature shall be considered an original signature.

Date:    May 24, 2023

/s/ **Denise Carlon, Esquire**
Denise Carlon, Esquire
Attorney for Movant

Date:  04/02/2023

Michael A. Latzes Esquire
Attorney for Debtor(s)

Date: 6/8/2023

/s/ Ann E. Swartz,  Esquire for
Scott F. Waterman, Esquire
Chapter 13 Trustee

Approved by the Court this 13th day of June , 2023.  However, the court
retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan.