IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                    **: CHAPTER 13**
    **LETHA THORTON**                      **:**
          **Debtor(s)**              **: NO.   19-15417 AMC**

<u>WITHDRAWAL DOCUMENT # 107</u>

    Kindly withdraw Document #107 (Certification of No Response) since it has

the incorrect bankruptcy # on said document that was filed on July 12, 2023.

<u>7-13-15 </u>                              <u>/s/ MICHAEL A. LATZES          </u>
  DATE                              MICHAEL A. LATZES, ESQUIRE
                                1528 Walnut Street, Suite 710
                                Philadelphia, PA 19102
                                (215) 545-0200
                                Attorney I.D.# 34017