IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | : CHAPTER 13 |
| **LETHA THORTON** | : |
| Debtor(s) | : NO.  19-15417 AMC |

WITHDRAWAL DOCUMENT # 107 and #108

Kindly withdraw Document #107 (Certification of No Response) since it has the incorrect bankruptcy # on said document that was filed on July 12, 2023 and Document #108 since it has the incorrect title (Certification of No Response instead of Withdrawal of Document) on said filing dated July 13, 2023.

| | |
|---|---|
| 7-13-15 | /s/ MICHAEL A. LATZES |
| DATE | MICHAEL A. LATZES, ESQUIRE |
| | 1528 Walnut Street, Suite 710 |
| | Philadelphia, PA 19102 |
| | (215) 545-0200 |
| | Attorney I.D.# 34017 |