**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Letha Thornton | : |
| | : |
|          Debtor(s) | : NO.   19-15417 AMC |

**O R D E R**

**AND NOW, this** 19th **day of** July ,2023, upon the debtor's Motion to Modify and Abate the Chapter 13 Plan post confirmation;

**AND** upon the debtor's certification that all parties in interest were served with the motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,

**IT is hereby Ordered that debtor's Motion to Modify and Abate the Chapter 13 Plan is hereby Granted**.
.

                                                              **BY THE COURT:**

                                                              **J.**