United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-15417-amc
Letha Thornton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Jul 19, 2023  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Letha Thornton, 437 Ellis Avenue, Colwyn, PA 19023-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:

**Name**  **Email Address**
DENISE ELIZABETH CARLON
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@ecf.courtdrive.com, bankruptcy@friedmanvartolo.com

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL A. LATZES
    on behalf of Debtor Letha Thornton efiling@mlatzes-law.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Pennsylvania Housing Finance Agency mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]

District/off: 0313-2     User: admin     Page 2 of 2

Date Rcvd: Jul 19, 2023     Form ID: pdf900     Total Noticed: 1

    ECFMail@ReadingCh13.com

Scott F Waterman

    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **Letha Thornton** | **:** |
| | **:** |
| **Debtor(s)** | **: NO.  19-15417 AMC** |

**O R D E R**

AND NOW, this  19th  day of  July  ,2023, upon the debtor's Motion to Modify and Abate the Chapter 13 Plan post confirmation;

AND upon the debtor's certification that all parties in interest were served with the motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,

IT is hereby Ordered that debtor's Motion to Modify and Abate the Chapter 13 Plan is hereby Granted.

.

BY THE COURT:

_____
                                                J.