| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-15417-AMC

LETHA THORNTON  
437 ELLIS AVENUE  
COLWYN  PA    19023

Petition Filed Date: 08/29/2019  
341 Hearing Date: 10/11/2019  
Confirmation Date: 03/11/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/21/2022 | $362.00 | | 02/10/2023 | $365.00 | | 05/08/2023 | $365.00 | |
| 07/27/2023 | $500.00 | | | | | | | |

**Total Receipts for the Period: $1,592.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,022.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $490.26 | $0.00 | $490.26 |
| 2 | CAPITAL ONE AUTO FINANCE<br>»» 002 | Secured Creditors | $6,980.19 | $6,980.19 | $0.00 |
| 3 | UNIFUND<br>»» 003 | Unsecured Creditors | $1,894.60 | $0.00 | $1,894.60 |
| 4 | PA HOUSING FINANCE AGENCY<br>»» 004 | Mortgage Arrears | $10,740.29 | $4,150.12 | $6,590.17 |
| 0 | MICHAEL A LATZES ESQ | Attorney Fees | $2,800.00 | $2,800.00 | $0.00 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 004 | Mortgage Arrears | $21,147.99 | $2,996.12 | $18,151.87 |

Chapter 13 Case No. 19-15417-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,022.00 | Current Monthly Payment: | $724.00 |
| Paid to Claims: | $16,926.43 | Arrearages: | $224.00 |
| Paid to Trustee: | $1,640.57 | Total Plan Base: | $46,034.00 |
| Funds on Hand: | $455.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.