United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15417-amc |
| Letha Thornton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 13, 2023 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Letha Thornton, 437 Ellis Avenue, Colwyn, PA 19023-2709 |
| 14381520 | + | Federal Loan Services, P.O. Box 60610, Attn: Bankruptcy Dept., Harrisburg, PA 17106-0610 |
| 14381523 | + | Leon P. Haller, Esquire, Purcell, Krug & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 13 2023 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: blegal@phfa.org | Dec 13 2023 23:56:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, PA 17101, U.S.A. 17101-1406 |
| 14381518 | + | Email/Text: bankruptcy@cavps.com | Dec 13 2023 23:56:00 | Calvary Portfolio Services, LLC, 500 Summit Lake Drive, Suite 400, Attn: Bankruptcy Dept., Valhalla, NY 10595-2321 |
| 14381519 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 14 2023 00:05:34 | Capital One Auto Finance, P.O. BOX 260848, Attn: Bankruptcy Dept., Plano, TX 75026-0848 |
| 14393657 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 14 2023 00:05:32 | Capital One Auto Finance, AIS Portfolio Services, LP, c/o Ketan Sawarkar, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14392944 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 14 2023 00:05:34 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14395286 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 14 2023 00:05:35 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14382903 | + | Email/Text: bankruptcy@cavps.com | Dec 13 2023 23:56:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14381521 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2023 00:05:46 | JP Morgan Chase, P.O. BOX 901003, Attn: Bankruptcy Dept., Fort Worth, TX 76101 |
| 14381522 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2023 00:05:32 | JP Morgan Chase Credit Card, P.O. BOX 15369, Attn: Bankruptcy Dept., Wilmington, DE 19850 |
| 14752496 | ^ | MEBN | Dec 13 2023 23:54:48 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14387792 | | Email/Text: lhaller@pkh.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2023 | Form ID: pdf900 | Total Noticed: 22 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 13 2023 23:56:00 | Pennsylvania Housing Finance Agency, c/o LEON P. HALLER, Purcell, Krug and Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14442524 | + | Email/Text: blegal@phfa.org | Dec 13 2023 23:56:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14381524 | | Email/Text: blegal@phfa.org | Dec 13 2023 23:56:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, P.O. BOX 15057, Harrisburg, PA 17105-5057 |
| 14381847 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 14 2023 00:05:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14381525 | | Email/Text: bankruptcy@td.com | Dec 13 2023 23:56:00 | T.D. Bank, 32 Chestnut Street, Attn: Bankruptcy Dept., Lewiston, ME 04240 |
| 14381526 | | Email/Text: bankruptcy@unifund.com | Dec 13 2023 23:56:00 | Unifund CCR Partners, 10625 Techwoods Cr., Attn: Bankruptcy Dept., Cincinnati, OH 45242 |
| 14381527 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 13 2023 23:56:00 | Verizon, P.O. Box 8585, Attn: Bankruptcy Dept., Philadlephia, PA 19173-0001 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL A. LATZES | |

District/off: 0313-2 | User: admin | Page 3 of 3

Date Rcvd: Dec 13, 2023 | Form ID: pdf900 | Total Noticed: 22

    on behalf of Debtor Letha Thornton efiling@mlatzes-law.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Pennsylvania Housing Finance Agency mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>  LETHA THORNTON<br><br>  Debtor | Chapter 13<br><br>Bankruptcy No. 19-15417-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 13, 2023**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE